**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **NORTHWESTERN MEMORIAL HEALTHCARE,** | ) | **COMPLAINT AT LAW** |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | **1:26-cv-05050** |
| **v.** | ) | |
| | ) | |
| **FREEDOM LIFE INSURANCE COMPANY** | ) | **JURY TRIAL DEMANDED** |
| **OF AMERICA; DOES 1-25 inclusive,** | ) | |
| **Defendants.** | ) | |

## PLAINTIFF NORTHWESTERN MEMORIAL HEALTHCARE'S MOTION FOR LEAVE TO FILE ITS FIRST AMENDED COMPLAINT AT LAW

Plaintiff NORTHWESTERN MEMORIAL HEALTHCARE respectfully moves under Federal Rule of Civil Procedure 15(a)(2) for leave to file the Amended Complaint attached as Exhibit A. In support, Plaintiff states as follows:

### INTRODUCTION

Plaintiff seeks leave to amend to properly name FREEDOM LIFE INSRUANCE COMPANY OF AMERICA pursuant to Defendant's request, made through counsel. Good cause exists to allow amendment. The proposed amendments are timely in light of recent developments, will not prejudice Defendant, and are not futile. Justice requires permitting amendment so the parties' dispute may be resolved on the merits.

### BACKGROUND

Plaintiff filed the original Complaint in Illinois State Court (Cook County, Illinois) ("State Litigation") on or about March 28, 2026, alleging claims for breach of implied-in-fact contract

and, in the alternative, *quantum meruit* arising from a business relationship between the parties. On or about May 1, 2026, Defendant removed this litigation to the Northern District of Illinois.

Since filing, Plaintiff obtained new through Defendant's counsel that the properly named defendant is "FREEDOM LIFE INSURANCE COMPNAY OF AMERICA" a subsidiary of the originally named Defendant USHealth Group, Inc. Plaintiff promptly agreed with Defendant to amend the Complaint post-removal; on or about April 28, 2026. Defendant consented.

Federal Rule of Civil Procedure 15(a)(2) provides that a party may amend its pleading with the court's leave, and "[t]he court should freely give leave when justice so requires." FRCP (a)(2). Leave should be granted absent undue delay, bad faith, repeated failure to cure deficiencies, undue prejudice to the opposing party, or futility. *Id*. There is no current scheduling order in this case. Amending the Complaint to properly name the Defendant will not cause delay, is not made in bad faith, and will not cause undue prejudice to any party.

## ARGUMENT

### A. Plaintiff Acted Diligently and Without Undue Delay

Plaintiff moves promptly after discovering new facts through Defendant's counsel on or about April 28, 2026 and counsel for both parties agreed to file this motion after removal to the Northern District of Illinois. The amendment is tied directly to information not reasonably available earlier.

The proposed amendments do not change the core theory of the case; they clarify the proper defendant. No trial date has been set, and dispositive motions are not yet due. Defendant has had notice of the factual contours since the outset of the State Litigation.

No changes have been made to the allegations or claims themselves. Rather, the amendment properly names FREEDOM LIFE INSURANCE COMPANY as the Defendant after learning it was a wholly-owned subsidiary of the originally named defendant US HEALTH GROUP, Inc.

FRCP 15 embodies a strong policy preference for deciding cases on their merits rather than on technicalities. Granting leave will promote efficient resolution by allowing all related claims between the parties to be addressed in a single proceeding, avoiding piecemeal litigation.

## CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court grant leave to file the Amended Complaint attached as Exhibit 1, deem it filed as of the date of the Court's order, and set a deadline for Defendant to respond as provided by the Federal Rules.

Dated: May 7, 2026

Respectfully submitted,

LAW OFFICES OF STEPHENSON,
ACQUISTO & COLMAN, INC.

By:     /s/ *Lauren K. Miller*
One of the Attorneys for Plaintiff

Marcus R. Morrow, Esq., ARDC #6317812
Lauren K. Miller, Esq., ARDC #6342296
LAW OFFICES OF STEPHENSON, ACQUISTO & COLMAN, INC.
20 N. Clark St., Suite 3300
Chicago, IL 60602
Phone: (312)-626-1870
Fax: (818)-559-5484
mmorrow@sacfirm.com(cc: lbencomo@sacfirm.com)
lmiller@sacfirm.com (cc: sboyd@sacfirm.com)

## CERTIFICATE OF SERVICE

I, Lauren K. Miller, certify that on May 7, 2026, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice to all counsel of record.

Dated:  May 7, 2026

Respectfully submitted,

LAW OFFICES OF STEPHENSON,
ACQUISTO & COLMAN, INC.


By:     /s/ *Lauren K. Miller*
One of the Attorneys for Plaintiff


Marcus R. Morrow, Esq., ARDC #6317812
Lauren K. Miller, Esq., ARDC #6342296
LAW OFFICES OF STEPHENSON, ACQUISTO & COLMAN, INC.
20 N. Clark St., Suite 3300
Chicago, IL 60602
Phone: (312)-626-1870
Fax: (818)-559-5484
mmorrow@sacfirm.com(cc: lbencomo@sacfirm.com)
lmiller@sacfirm.com (cc: sboyd@sacfirm.com)