| | | | | | | |
|---|---|---|---|---|---|---|
| **NORTHWESTERN MEMORIAL HEALTHCARE v. FREEDOM LIFE INSURANCE COMPANY** | | | | | | |
| **FC 37287** | | | | | | |
| **No.** | **File No** | **Admission/Begin Date** | **Discharge Date** | **Provider Name** | **Total Charges** | **Total Underpaid** |
| 1 | 0000047163881 | 12/14/2021 | 01/22/2022 | LAKE FOREST HOSPITAL | $788,225.25 | $589,182.00 |
| | | | | | | **$589,182.00** |